JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRIEU MINH LY,

                     Petitioner,

      v.

TODD BLANCHE, et al.,

                   Respondents.

Case No. 5:26-cv-01320-SPG-DFM

**JUDGMENT**

    Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that:

    1.    The Petition for Writ of Habeas Corpus is GRANTED.

    2.    Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are ENJOINED AND RESTRAINED from re-detaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R § 241.13(i)(2)

-1-

beyond the request for travel documents; or (c) other circumstances authorizing detention under applicable law.

**IT IS SO ORDERED.**

DATED: May 21, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-